May 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GARRY WASHINGTON, Appellant

NO. 14-12-00904-CV                    V.

COMMISSION FOR LAWYER DISCIPLINE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 24, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Garry Washington.

We further order this decision certified below for observance.